receipts to consumers, and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE GORDON'S DRY GIN COMPANY LTD., Appellant, v. GLICKSTEIN, WILKENFELD· & TERNER, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

HENRY A. SOLELIAC, Respondent, v. PENNSYLVANIA TEXTILE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MAMIE CONTI, Respondent, v. MAX COHEN, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Funge* v. *Brooklyn Bottle Stopper Co.* (132 App. Div. 837). Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

PATRICK H. ROCHE, Respondent, v. EDGAR S. APPLEBY, Defendant, Impleaded with Q. R. S. COMPANY and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

PATRICK H. ROCHE, Respondent, v. EDGAR S. APPLEBY, Appellant, Impleaded with Q. R. S. COMPANY and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ROBERT BERNHARD, Appellant, v. HARRY COHEN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

PHILIP REINGOLD and SAMUEL F. NEWMARK, Copartners Doing Business under the Firm Name and Style of THE REINGOLD HOSIERY Co., Respondents, v. FIDELITY KNITTING MILLS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

PERFECTION TIRE & RUBBER COMPANY, INC., Respondent, v. PERFECTION TIRE AND RUBBER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell, and Greenbaum, JJ.

IRVING H. HERRMANN and Another, Copartners Trading under the Firm Name and Style of HERRMANN & ROSENTEUR, Appellants, v. BURLINGTON TEXTILE COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to set aside service denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JAMES MILLER, Respondent, v. C. AMORY STEVENS, Appellant.— Order